**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GEORGE MOORE,

                    Plaintiff,

v.

E.R. INSURANCE ASSOCIATES, LLC, *et al*.,

                    Defendants.

Case No.: 1:18-cv-03285

Honorable Judge Sara L. Ellis

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, GEORGE MOORE, and Defendants, E.R. INSURANCE ASSOCIATES, LLC, ROBYN CANNATELLI, EDWARD D. CANNATELLI, and INNOVATION GROUP OF SOUTH FLORIDA, INC., by and through their undersigned attorneys, hereby stipulate to the dismissal of the Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

/s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
dlevin@toddflaw.com

/s/ George C. Xamplas
Attorney for Defendant Innovation Group of
South Florida, Inc.
Illinois Attorney No. 6280079
Law Offices of George C. Xamplas
25 E. Washington St., Suite 700
Chicago, IL 60602
Phone: (312) 345-0510
gxamplas@xamplaslaw.com

/s/ Peter C. Morse
Attorney for Defendants E.R. Insurance
Associates, LLC, Robyn Cannatelli and
Edward D. Cannatelli
Illinois Attorney No. 6181070
Morse, Bolduc & Dinos, LLC
25 E. Washington St., Suite 750
Chicago, IL 60602
Phone: (312) 251-2577
pmorse@morseandbolduc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff